IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, LLC, and ED MAGEDSON, | No. C15-4008-DEO |
| Plaintiffs, | |
| BEN SMITH, | PLAINTIFFS' EXHIBIT LIST FOR HEARING ON PRELIMINARY INJUNCTION |
| Defendant. | |

1. Warrant As Filed

2. Privileged Email

3. Meade Email to Magedson (04/13/12)

4. Meade Email to Magedson (04/18/12)

5. Meade Email to Smith

6. Smith Email to Meade

7. Smith Email to Meade RE: Grand Jury

8. Attorney Client Privileged Email that Smith Entered into Evidence

9. Smith Email to Meade RE: Talking to Roberts

10. "Tiny Iowa County…" & 07/16/14 Podcast Screenshot

11. Berger Letter and Email String with Smith

12. Meade Trial Information

13. State's Response to Motion to Expunge

14. Affidavit of Earl Hardisty

15. Affidavit of Ben Smith

16. Meade Email to Syverson

17. Polygraph Results of Michael Roberts #1

18. Notice of Child Abuse Assessment: Founded

19. Polygraph Results of Michael Roberts #2

20. Rebuttal Exhibit: Darren Mitchell Emails

21. Bar Complaint Post

22. Paladin Investigators Home Page

23. Jaburg & Wilk Boycott Facebook Page

24. Paladin Blog Post: "Rip-Off Report Social Waterboarding…"

25. Paladin Investigations Twitter Feed

26. Check to Nichole Sepeth

27. Check to S & G Investigations

28. Hack

29. Roberts Facebook Screenshot

30. Roberts Cartoon

31. Roberts Photo

32. Roberts Email to Wesser (NAPW) #1

33. Roberts Email to Rip-Off Reports Victims

34. Rexxfield

35. Rip-Off Report Investigation Update: "Complaint Review…"

36. Redacted Reports

37. Redacted Mile2 Report

38. Ben Smith Biography

39. Roberts Email to Wesser (NAPW) #2

40. 60 Minutes Video (DVD)

|  |  |
|---|---|
| CERTIFICATE OF SERVICE<br><br>I hereby certify that on April 29, 2015, I electronically filed this document with Clerk of Court using the ECF system which will serve it on the appropriate parties.<br><br>     /s/ Angela L. Campbell     | /s/ Angela L. Campbell<br>ANGELA L. CAMPBELL<br>Dickey and Campbell Law Firm<br>301 E. Walnut St., Ste. 1<br>Des Moines, Iowa  50309<br>TELEPHONE: (515) 288-5008<br>FAX: (515) 288-5010<br>EMAIL: angela@dickeycampbell.com<br>LOCAL COUNSEL FOR PLAINTIFFS |