IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Case Number: C15-4008-DEO				Date: May 1, 2015

Case Title: XCENTRIC VENTURES, LLC, ET AL v. BEN SMITH

JUDGE: Honorable Leonard T. Strand

TIME IN COURT:	Start:  9:02 a.m.			Recess: 10:33 a.m.
		Reconvene: 10:50 a.m.			Recess: 11:55 a.m.
		Reconvene: 1:02 p.m.			Recess: 2:33 p.m.
		Reconvene: 2:45 p.m.			Recess: 3:51 p.m.
		Reconvene: 4:12 p.m.			Adjourn: 5:07 p.m.

APPEARANCES:	Plaintiff:	Attorneys Joel Robbins, Maria Speth, and Angela Campbell
		Defendant:	Attorneys Kristopher Madsen and Robert Livingston

Court Reporter:  Shelly Semmler/Digital Recording

LOCATION/PHONE: First floor courtroom

TYPE OF PROCEEDING:
  A.  HEARING:
      (1) Motion for Preliminary Injunction
      Evidence: Plaintiff's Exhibit 1-39, 41
      Plaintiff's Witnesses: Benjamin Smith, Adam Kunz, Edward Magedson
      Defense Witnesses: none

MOTIONS RULED ON BY THE COURT:
   A. Docket #s: 7
      (1) Ruling: Under advisement
      (2) Order to follow: Yes  X

Misc.: Plaintiff's Exhibit 40 expected to be submitted to the court. Counsel is instructed to submit written arguments to the court pursuant to the following schedule:
	PLAINTIFF'S BRIEF: Due 14 days from evidentiary hearing
	DEFENSE BRIEF: Due 14 days from filing of Plaintiff's Brief
	PLAINTIFF'S REPLY: Due 7 days from filing of Defense Brief

					Sabrina J. Danielson
					DEPUTY CLERK