New Ripoff Report Insider Video Released! Read It Here Now!

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

# Ripoff Report.

Don't let them get away with it.® Let the truth be known!™



Ripoff Report Verified Business Directory™

Ripoff Report verified & safe ...businesses you can trust!

**See It Now**

- Home  - Help
- Register to File a Report  - Login
- Total Visits since 1998: 8,877,172,563  - Estimated money Consumers saved since 1998: $15,535,051,984.52  - Reports filed: 1,839,824

**FILE A REPORT** | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy | [SEARCH]

- Ripoff Report protects consumers first amendment right to free speech  - Review Latest Reports  - Advanced Search  - Browse Categories



Save 20% or More on Fishfinders
› Shop now

amazon

Report: #1049232

## Complaint Review: Ben Smith Sac County Iowa Michael Roberts Rexxfield Exposed Audio recording. Tracey Richter falsely



**Related Reports**

Profit and Growth Unlimited WGIV, Dr. Bizness, Ernest Smith WGIV Internet Radio Scam Alert!!! Charlotte North Carolina

Hidden Dinner Scam Orange County and Los Angeles county Internet

Senior Attorney - Michael Hawkins Number - (904) 402 9189 Email - bullboy2345@hotmail.com The Factual Basis for the complaints is as follows: Violation of Federal Banking Regulation Collateral Cheque Fraud Theft by Deception. Jacksonville Nationwide

OBS Learning formerly known as O2A Bill Smith This company is 3 to 6 months overdue in paying freelance employees for approved work. They owe at least $61,000. New York New York

Gwinnett County Water Resources Critical Call List!!! Lawrenceville Georgia

Saving Makes Money (SMM) Kay Williams Sydney Wilson Ann Smith Fraud at it's worse Encino California

Two gays with hermes HEDY DICARLO (Heather) Hedy dicarlo heather dicarlo Fabrizio dicarlo, guiseppe dicarlo Internet scammer over 10k for counterfeit hermes bags scumbag ex con con artist Michael mcnelis Fabrizio dicarlo Hedy Di carlo Nutley New Jersey Sarasota & Bradenton Florida Internet

American Legal Services Ryan Smith (200) 000-000(646) 657-3552 He call my work and was going to talk with HR to collect the money on a pay day loan that I did not owe. Nationwide

alex smith colesmithshop@yahoo.com hearing impaired scam credit cards nigeria Internet

OilTradingAcademy.com Possible scam to teach you how to trade oil Internet

- Submitted: Tue, May 07, 2013  - Updated: Fri, May 10, 2013
- Reported By: Darren M. Meade — Laguna Beach California

- Ben Smith Sac County Iowa Michael Roberts Rexxfield Exposed Audio recording. Tracey Richter falsely
100 NW State Street
Sac City, Iowa
USA

- Phone: 712.662.4791
- Web:
- Category: Government Corruption

**Tracey Richter falsely convicted. Ben Smith Sac County Iowa Michael Roberts Rexxfield Exposed Audio recording proves Prosecutor's friend Michael Roberts motive and opportunity, confesses he claimed Dr. John Pitman baby raper. Sydney Morning Herald disgrace Sac City Iowa**

*Author of original report: SAC County Prosecutor Ben Smith Michael Ross Roberts Authorized Witness Intimidation

*Consumer Comment: Duh

*Consumer Comment: Really???

[Print] [Email] Like 0   +1 Recommend this on Google  Tweet 0

**REBUTTAL BOX™ | Respond to this Report!**

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |







PLAINTIFFS EXHIBIT 41

Web2PDF
converted by Web2PDFConvert.com

### Featured Ripoff Reports



**July 13, 2014: Ripoff Report LAUNCHES FULL INVESTIGATION!!!**

Sac County Iowa Prosecutor's Allegations Warrant Unprecedented Action from Ripoffreport.com

**Ben Smith Sac County Iowa Attorney** prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.

---

**The New "Digital Extortion"**
Is there a Ripoff Report on you?



**Reputation Management SEO WARNING!**
They might contact you next!

**BBB: What consumers need to know**



20/20 exposes the real BBB

---

### Past Featured Reports

### Ripoff Reports



HOG Harley Owners Group Road side assistance was not helpful at all Nationwide



Profit and Growth Unlimited WGIV, Dr. Byruss, Ernest Smith WGIV Internet Radio Scam Alert!!! Charlotte North Carolina



Everything Quality Construction- Matt Rufo "Quality" is a word this company or it's owner know nothing about! Scammer and a liar! Framingham Massachusetts

granitecollects.com Steve/ Granite creditors malicious, spiteful and vindictive with a smile!!! Practicing unethical behavior using fake documents to collect more then

### NEWS ANALYSIS AND OPINION

2013-05-07



https://www.youtube.com/watch?v=EE-EMPFGpCA

An innocent women is sent to prison for life without the possibility of parole for protecting his children during a brutal home invasion.

In 2004, the mother's now estranged ex-husband confessed that he (Michael Roberts) was the one who did the very acts which later Roberts friend (prosecutor Ben Smith) falsely claimed was the motive of his friends estranged ex-wife, Tracey Richter.

### Evil Doers

Murder or no murder, Tracey Richter was the enemy. No evidence needed, only accusations repeated often enough that they were accepted as evidence. [continued below]....

### Report Attachments:

 

..... If there were honorable journalists, and not a corps of subservient Presstitutes, they would rip apart Smith for his arrogant and baseless assumptions and calculations.

They would expose as a fool Ben Smith for idiotically prosecuting a case against his friends estranged ex-wife, after months earlier attempting to help secure him a business loan.

### KIDDE CRAP

If journalists were not Presstitutes, they would mock Smith for claiming that "top secret evidence existed", that was not public knowledge. They would describe him as deranged for his willingness prosecute his friend's ex-wife for murder claiming he had evidence Tracey Richter 'She had accused her first husband of being a baby raper, and later accused Michael Roberts of child abuse", yet it was Smith's friend Michael Roberts whom when an investigation into Dr. John Pitman was about to be dismissed, Roberts proffered new allegations accusing Dr. Pitman of raping his son, he also states on the same audio recording of Dustin Wehde trying to rape and murder his wife.

### WHO'S IN CHARGE OF THE ASYLUM

And, if journalists were not Presstitutes, they would ridicule Smith that the MOTIVE the prosecutor used to convict Tracey Richter, is the MOTIVE which would have convicted his friend, Michael Roberts, who conveniently was placed in 'witness protection', making him impossible to subpoena. Roberts with the help of Smith has taken his kids against the Judge's order to Australia. This is more disturbing once you understand that when Roberts accuses both Pitman of rape and Wehde of attempted rape, it was when he was AGAIN being interviewed for bruising on his two youngest children (the ones he removed from the USA).

### ACCESSORIES TO THE CRIME

The Presstitutes pressed on, reporting propaganda as fact. It was Michael Roberts, not Tracey Richter whom 1), *admitted to "having violent thoughts about Dr. Pitman"*, 2) reported Dr. Pitman of being a *'baby raper'* once it appeared an allegation into fondling was to be dismissed, 3) according to Dr. Pitman's testimony it was Michael Roberts who in 2004, sent him crime scene photos which included Ben Smith's 'top secret evidence', this 'secret evidence' was available in public records, and was often circulated by Roberts.

Author's Note: In 2011, I was threatened with arrest if I set foot in Iowa during and shared what I know about Tracey Richter and Michael Roberts, which of course was intimidating given Roberts relationship with Smith.

April 2013, I was provided a link which purported to be a 'Motion to Squash' by Ben Smith of SAC County, Iowa. This motion is to block my providing Tracey Richter's attorneys which will prove Tracey's innocence. The reader should be aware that according to Earl Hardisty the former Prosecutor, he was "threatened" and felt Smith was trying to "intimidate" him after telling Tracey's defense attorney of exculpatory evidence the Prosecutor's office was in possession of, which would have exonerated

← Is this **Ripoff Report** About you?

**Ripoff Report** A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction **Click here now...**

Does your business have a bad reputation? Fix it the right way.
**Corporate Advocacy Program™**

SEO Reputation Management at its best!

---



amazon.com
Save 20% or More on Fixed Mount CB Radios
> Shop now

---

LEAR CAPITAL IS "A GOOD HONEST BUSINESS" COMMITTED TO "100% CUSTOMER SATISFACTION"

- ED MAGEDSON
FOUNDER OF RIPOFF REPORT

Ripoff Report verified ✓

**LEAR CAPITAL**

---

# Ripoff Report.
## LEGAL DIRECTORY

**Business's (11)**
**Lawyers and Law Firms (5312)**
- Administrative Law (11)
- Admiralty & Maritime Law (27)
- Agricultural Law (2)
- Alternative Dispute Resolution (10)
- Antitrust & Trade Regulation (1)
- Appellate Practice (72)
- Aviation & Aerospace (11)
- Banking Law (90)
- Bankruptcy (380)
- Business Law (232)
- Civil Rights (55)
- Class Actions (30)
- Commercial Law (13)
- Communications Law (1)
- Constitutional Law (1)
- Construction Law (83)
- Contracts (7)
- Corporate Law (75)
- Criminal Law (668)
- Debtor & Creditor (51)
- Education Law (14)
- Elder Law (77)
- ElectionCampaign & Political (0)
- Eminent Domain (5)
- Employee Benefits (7)
- Energy (0)
- Entertainment & Sports (17)
- Environmental Law (43)
- Family Law (13)
- Finance (0)

Web2PDF converted by Web2PDFConvert.com

## Left sidebar

owed!!! contacted me regarding my over due balance with Golden State Overnight, he claimed I owed $1762.62, I noticed right away that the balance he claimed that I owed was not the correct amount... Pacifica California



Brandon Stricker AKA Grant Steele AKA Grant Steel AKA Brandon Frank This guy is a crook, Surprise Arizona



416-888-2828 H/AC SCAM (416) 888-2828 416-888-2828 Toronto Gta

Ontario Canada 416-888-2828 Scam Rip Off Sellers Toronto Ontario Canada Internet



Nicole Oldach Miller and Brandon Saraceno Lied to me, lied about me to others, made up fictitious stories about me and my friends, used me, disrespected me, puts on a facade, took advantage of our friendship, you are untrustworthy!!! And is using your Boyfriend Brandon for security as you had stated! He is not reputable and is taking monies according to you! General McClane School District Internet

LYCAMOBILE LYCAMOBILE IRELAND LYCAMOBILE IS A TOTALLY RIP OFF. THEY WITHDRAW MONEY WITHOUT MY CONSENT AND ALSO HAS A TERRIBLE CUSTOMER SERVICE. DUBLIN DUBLIN IRELAND



NYCIFF, New York City International Film Festival, Roberto Rizzo, Caroline

ingeborgcjohnson@me.com , Ingeborg C. Johnson NYCIFF , Roberto Rizzo , Caroline@nyciff.com 917 833 5665 , New York City International Film Festival , NYCIFF St Lucia TOTAL RIPOFF even after the 5th year FILMMAKERS WAKE UP !!! NYCIFF, New York City International Film Festival, Roberto Rizzo, Caroline ingeborgcjohnson@me.com , Ingeborg C. Johnson NYCIFF , Roberto Rizzo , Caroline@nyciff.com 917 833 5665 , New York City International Film Festival , NYCIFF St Lucia New York,New York,Nationwide

Off Lease Only Verified REVIEW OffLeaseOnly Customer Satisfaction Commitment. Off Lease Only implemented strategic changes to insure customer satisfaction, creating a process changes the way consumers buy cars. 100% dedicated to helping customers avoid stress usually associated car buying process. Off Lease Only recognizes that complaints posted on Ripoff Report (whether true or not) are issues that need to be addressed, not ignored.



Victoria Ananda21 ripping off porn myfreecams, mfc cb , stripper pole dancer , study cosmetology , selling videos of sex with dog Ohio Internet

## Main content

Tracey to have 'thrown out' by accident.

http://www.ripoffreport.com/r/sac-county-attorney-ben-smith-sworn-affidavit-states-ben-smith-became-/sac-city-iowa-50583/sac-county-attorney-ben-smith-threatened-and-tried-to-intimidate-former-prosecutor-to-supp-978893

The motion to suppress my evidence and first-hand knowledge also contained statutes for being arrested in Iowa and California. Obviously this was another effort to chill my free speech. An innocent women is in prison without the possibility of parole, in essence it is a death sentence. I will not be intimidated by false charges claiming I am a 'private investigator', I am not, nor have I ever told anyone that I was. I was a victim of Michael Roberts / Rexxfield as have been countless parents, and other victims.

The First Amendment to the United States Constitution provides every American citizen the fundamental right to engage in free speech without being prosecuted by the government.

This report was posted on Ripoff Report on 05/07/2013 09:49 PM and is a permanent record located here: http://www.ripoffreport.com/r/Ben-Smith-Sac-County-Iowa-Michael-Roberts-Rexxfield-Exposed-Audio-recording-Tracey-Richter-falsely-/Sac-City-Iowa/Tracey-Richter-falsely-convicted-Ben-Smith-Sac-County-Iowa-Michael-Roberts-Rexxfield-Expo-1049232. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Ben Smith Sac County Iowa Michael Roberts Rexxfield Exposed Audio recording, Tracey Richter falsely

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

[Ben Smith Sac County Iowa Michael Roberts Rexxfield Exp] [Search] (?) Search Tips

### Report & Rebuttal

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal (?) | File a Report (?) | Get Started (?) |

### Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

**Updates & Rebuttals**   REBUTTALS & REPLIES:   💬 1 Author   💬 2 Consumer   💬 0 Employee/Owner

#1 Author of original report

# SAC County Prosecutor Ben Smith Michael Ross Roberts Authorized Witness Intimidation

AUTHOR: Darren M. M - ()
SUBMITTED: Thursday, October 03, 2013

This Video is my news analysis and opinion. Documents in the video are available for law enforcement and news media.

**Almost everything you think you know about the Tracey Richter narrative is false.**

View the video to understand why Michael Roberts Rexxfield and SAC County Prosecutor Ben Smith will likely be desperate to get this video removed from the Internet, just like they have with other incriminating documents, videos and articles they successfully had removed from other forums and search engines, even documents from county offices / agencies are now gone. Documents in the video were all part of discovery but never used and not lost by the defendant. (The attorney for Tracy Richter Roberts had but never used any of the featured evidence at trial.) Threats from Roberts to remove evidence and letters from a County Prosecutor have worked on other forums and or search engines, they will not work with Ripoff Report.

## Right sidebar

- Government (14)
- Government Contracts (2)
- Health Care (1)
- Immigration (482)
- Indians & Native Populations (1)
- Insurance (90)
- Intellectual Property (526)
- International Law (33)
- International Trade (0)
- Internet Law (7)
- Investments (1)
- Labor & Employment (12)
- Legal Malpractice (92)
- Litigation (20)
- Media Law (1)
- Medical Malpractice (13)
- Mergers & Acquisitions (0)
- Military Law (5)
- Natural Resources (10)
- Occupational Safety & Health (0)
- Personal Injury (842)
- Products Liability (21)
- Professional Liability (0)
- Real Estate (361)
- Securities (169)
- Taxation (142)
- Technology & Science (0)
- Toxic Torts (0)
- Transportation (2)
- Trusts & Estates (368)
- White Collar Crime (1)
- Wills & Probate (7)
- Workers Compensation (242)
- Zoning, Planning & Land Use (10)

**Legal Services (32)**
- Arbitrators/Mediators (7)
- Automotive Expert Witnesses (0)
- Bail Bonds (0)
- Court Reporters (1)
- Electronic Data Discovery (1)
- Expert Witnesses (1)
- Forensic Experts (1)
- Jury Selection (0)
- Legal Assistants (8)
- Legal Speakers (2)
- Litigation Support (2)
- Medical Expert Witnesses (1)
- Other (14)
- Paralegal (5)
- Private Investigators (6)
- Process Servers (7)
- Translators/Interpreters (0)

**Miscellaneous Business Services (19)**

Web2PDF
converted by Web2PDFConvert.com

 terry pruitt JT's BBQ and More terry pruitt liar and thief Lenoir City Tennessee

 Lanterra Developments, Neptune 1, Neptune 2, WaterParkCity Shoddy workmanship, inferior condo developments, rushed developments Toronto Ontario

 Lara Dougherty, Heroin addict, thief, wh* resides in Camden New Jersey Broke in my house and stole my belongings Camden New Jersey

 Statueoflibertytickets.com Statue of Liberty tickets New York Internet

 Steven Mogel Attorney Monticello, New York Steven Mogel ,ESQ Attorney, Monticello, NY Shyster Lawyer, No Good Money Hungry Unscrupulous Jack-a**s Monticello New York

 Two gays with hermes HEDY DICARLO (Heather) Hedy dicarlo heather dicarlo Fabrizio dicarlo, guiseppe dicarlo Internet scammer over 10k for counterfeit hermes bags scumbag ex con con artist Michael monselis Fabrizio dicarlo Hedy Di carlo Nutley New Jersey Sarasota & Bradenton Florida Internet

 Payment Systems Corp Sofia Rosenbaum Micheal Ponzi Financial Fraud.... Could face years in prison for what they are doing Michigan

 Elizebeth Darlene, Elizabeth D. Zumwalt Darlene Zumwalt, Elizabeth Darlene, Elizabeth Lamb Zumwalt This individual is not trustworthy, she creates drama then acts like she has done nothing Basehor Kansas

 Fresh Start Living FreshStart Living Property Investment Swinton Salford Manchester, Nationwide

 OilTradingAcademy.com Possible scam to teach you how to trade oil Internet

---



## Page Not Found

We're sorry! We were unable to locate the requested page.

Please check the URL you entered to make sure it is correct.

If you were looking for content owned by a Screencast.com user, please contact the content owner for more information.

You can also go back to the Screencast.com homepage, or visit the Help Center.

I published this because I believe in doing what is right. Others featured in the video will claim otherwise. My name is Darren M. Meade and I am an advocate for victimsr of injustice. I will not relent until the truth has been documented. Based on information and belief Michael Roberts orchestrated the deadly home invasion. He planted evidence (pink notebook) paid alibi witnesses and much more.

**Documents in the video are available for law enforcement and news media.**

**Report Attachments:**



**Respond to this report!** File a Rebuttal

#2 Consumer Comment

### Duh

AUTHOR: Reuben - ()
SUBMITTED: Sunday, August 25, 2013

She can't provide any evidence because there is none. She did it. Unless aliens came down and shapeshifted themselves into looking like her and then planted the evidence to make it look like her (why would aliens care anyways?) all evidence points to her doing the crime. She was found guilty beyond a resonable doubt and now has to pay for her crime. The only corruption here is the corruption of the minds that somehow refuse to believe the evidence in the case and still think she didn't do it. This report should be romoved from this site because it's a false claim with no evidence to back it up. This is a ripof report site, not a wild unsupported accusation site. That would be the tea party website if you want to do that.

**Respond to this report!** File a Rebuttal  

#3 Consumer Comment

### Really???

AUTHOR: Stacey - ()
SUBMITTED: Friday, May 10, 2013

 Please provide the evidence that this "woman" did not commit this murder!!! She was found GUILTY by her peers and sentenced for her crime.  This happened 12 YEARS ago and her appeal to the Supreme Court was submitted in 2011.  Guess her avenues are running out.

Please enlighten me about this evidence that she has been framed and did not commit said crime.

**Respond to this report!** File a Rebuttal 

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal | File a Report | Get Started |

 

**Arbitrate**




Senora C Melissa Bryan Horrifying Character Scares Children, Internet


Coast to Coast Scouting Model Productions Model Shop Audition
America Model Select Agency Model Select Inc Printwithink Scouting agency/Photography/printing/mod agency only out to get your money Fort Lauderdale Florida


GiftcardRescue.com Giftcard Rescue Another Scam By Giftcard Rescue.com Columbia Maryland


PrivateEquityHeadhunters Frank Weston They'll will put you in front of PEs. You never talk with a real PE. You never get to a face to face interview. After that the entire crew disappeared. The LinkedIn profiles have moved to other individuals. Obviously nobody answers the previous e-mails/phones. No referral available. Alleged Dallas but Frank's # was (760) 274-6545 Nationwide

**Ripoff Report in the Media**


Ripoff Report on CBS 19


Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shopper


Ripoff Report - Girls Gone Wild


Ripoff Report on Fox 11 - Car Repair

**See more videos**

**Special Features**


WHAT YOU NEED TO KNOW ABOUT THE BBB: NOT a government agency as listed in your local phone book. Instead the BBB is a private non-profit / franchise operation.. 20/20 exposes the BBB, Hamas Terror Group Gets 'A' Rating - BBB is running a "pay for play" scheme.

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

Web2PDF converted by Web2PDFConvert.com





Read how Ripoff Report saves consumers millions.



## Ripoff Report

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |
| Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Legal Defense | BadBusinessBureau.com |

Copyright © 1998-2014, Ripoff Report. All rights reserved.

