## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | | |
|---|---|---|
| **XCENTRIC VENTURES, LLC**, an Arizona limited liability company; and **ED MAGEDSON**, an individual, | : : : : | No. 15-CV-4008-MWB |
| | : | **AFFIDAVIT OF** |
| Plaintiffs, | : : | **JOEL B. ROBBINS** |
| | : | |
| vs. | : : | |
| | : | |
| **BEN SMITH**, in his individual capacity as Sac County Attorney, | : : : | |
| | : | |
| Defendant. | : | |

STATE OF ARIZONA    )
                          ) ss.
County of Maricopa    )

Joel B. Robbins, being first duly sworn, upon oath deposes and says:

I am one of the attorneys for the Plaintiffs in the foregoing action. In accordance with the Court's Order of 09/11/2015, I have read the following article: Steve D. Susman and Thomas M. Melsheimer, *Trial by Agreement: How Trial Lawyers Hold the Key to Improving Jury Trials* in *Civil Cases,* 32 REV. LITIG. 431 (2013). Arizona Courts have implemented jury questions, preliminary instructions and juror discussion. Undersigned counsel will endeavor to try this case with the article's insightful guidance in mind, and will make a good faith effort to apply the basic principles of the article and the concept contained in Pretrial Agreements Made Easy, found at http://trialbyagreement.com/pretrial-agreements/pretrial-agreements-made-easy to this case.

_____
JOEL B. ROBBINS

SUBSCRIBED AND SWORN to before me this _14th_ day of September, 2015 by Joel B. Robbins.

_____
Notary Public

JULIE MOLERA
Notary Public, State of Arizona
Maricopa County
My Commission Expires
January 28, 2017

My Commission Expires:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September __14__, 2015, the above and foregoing document was electronically filed with the Clerk of the U.S. District Court using the ECF system, service being made by ECF upon the following:

| | |
|---|---|
| Angela L. Campbell AT# 0009086<br>DICKEY & CAMPBELL LAW FIRM,<br>301 East Walnut Street, Suite 1<br>Des Moines, Iowa 50309<br>Phone: 515-288-5008<br>Fax: 515-288-5010<br>E-mail: angela@dickeycampbell.com<br>Attorney for Plaintiffs | Maria Crimi Speth*<br>JABURG & WILK, P.C.<br>3200 N. Central Avenue, #2000<br>Phoenix, Arizona 85012<br>Phone: 602-248-1089<br>Fax: 602-248-0522<br>E-mail: mcs@jaburgwilk.com<br>Lead Counsel for Plaintiffs<br>(*Admitted pro hac vice) |
| Kristopher Madsen, Attorney<br>STUART TINLEY LAW FIRM<br>310 West Kanesville Blvd., 2nd Floor<br>Council Bluffs, IA 51501<br>Phone: 712-322-4033,<br>Fax: 712-322-6243<br>email: madsen.kristopher@stuarttinley.com<br>Attorney for Defendant | |

By _____