# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, L.L.C., an Arizona limited liability company; and ED MAGEDSON, an individual, | |
| Plaintiffs, | No. C15-4008-MWB |
| vs. | **ORDER** |
| BEN SMITH, in his individual capacity as Sac County Attorney, | |
| Defendant. | |

This case is before me on two motions filed by a pro se non-party, Shawn Richeson. The first is a motion (Doc. No. 51) to intervene in this action. The second is a motion (Doc. No. 53) to withdraw the motion to intervene and request that the court take judicial notice of the exhibits attached to the motion. Plaintiffs have filed resistances to both motions and have requested that they be stricken. *See* Doc. Nos. 52, 54.

Without wasting time to belabor the point, both motions are frivolous and improper efforts to interject Richeson's unrelated grievances against plaintiffs and their counsel into this lawsuit. Richeson presented no good faith basis to intervene in this case, either as of right or permissively. *See* Fed. R. Civ. P. 24. His motions are nothing but the misappropriation of this court's docket as a public forum to air his attacks.

Richeson's motion (Doc. No. 53) to withdraw his motion to intervene and request that the court take judicial notice of the exhibits attached to the motion is **granted**, but only to the extent that his motion to intervene (Doc. No. 51) is hereby deemed to be

withdrawn and, therefore, is **denied as moot**. However, the court will not take judicial notice of any exhibits Richeson has filed.

Plaintiffs' requests (Doc. Nos. 52, 54) to strike Richeson's filings are **granted** pursuant to Federal Rule of Civil Procedure 12(f) on grounds that they contain immaterial, impertinent, or scandalous matter. The Clerk shall strike all of Richeson's filings (Doc. Nos. 51 and 53) from the docket. If Richeson makes any further attempt to misuse this Court's docket or process, he will be required to appear in person and show cause as to why he should not be sanctioned.

The Clerk shall mail a copy of this order to Richeson at the address set forth in his now-stricken filings.

**IT IS SO ORDERED.**

**DATED** this 3rd day of November, 2015.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE