IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and ED MAGEDSON, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BEN SMITH, in his Individual Capacity as Sac County Attorney, <br><br> Defendant. | No. 15-CV-4008-DEO <br><br><br> Defendant's Motion For Partial Judgment on the Pleadings |

COMES NOW, Defendant, Ben Smith, in accordance with Federal Rule of Civil Procedure 12(c) and Local Rule 7, and moves this Court for Judgment on the Pleadings.

1. The pleadings closed approximately eighteen months ago on August 15, 2015.

2. Accepting, for the sake of argument and solely for purposes of this Motion that the Plaintiffs' factual allegations in the Complaint are true, which is otherwise disputed, reading the Complaint in the light mot favorable to Plaintiffs, and drawing all inferences in their favor; there exists no material issues of fact and the Sac County Attorney is entitled to judgment as a matter of law in his favor on the following causes of action:

- Claims for punitive damages under Plaintiffs' common law causes of action – Counts Three, Four and Five;
- All of Plaintiffs' claims that rely on prosecutorial functions closely connected with the judicial system
    - Threatening charges and accusing of criminal conduct;
    - Preparing, signing, filing, responding, presenting, and dismissing an application for civil injunction;

- All activity related to the search warrant (save being the affiant) including preparation and presentation of search warrants, filing, sealing or making public the search warrant;
- Claim for abuse of process under Count Two of Plaintiffs' Complaint;
- Sixth Amendment Claim under Count One of Plaintiffs' Complaint; and,
- Fourth Amendment Claim under Count One of Plaintiffs' Complaint.

WHEREFORE, Defendant, Ben Smith, respectfully requests the Court enter judgment in his favor on above claims asserted against him, and for further relief as the Court deems just and proper.

/S/ Robert Livingston
Kristopher K. Madsen  #AT0004969
Robert M. Livingston, #AT0004728
STUART TINLEY LAW FIRM LLP
310 W. Kanesville Blvd., 2nd Floor
P. O. Box 398
Council Bluffs, Iowa  51502
Telephone: 712.322.4033
Facsimile: 712.322.6243
Email: kmadsen@stuarttinley.com
Email: rlivingston@stuarttinley.com
ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2017, the above and foregoing, DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, was electronically filed with the Clerk of the U.S. District Court using the ECF system, service being made by ECF upon the following:

| | |
|---|---|
| Peter W. Berger<br>Berger Law Firm, P.C.<br>7109 Hickman Road<br>Urbandale, IA  50322<br>ATTORNEY FOR XCENTRIC<br>AND MAGEDSON | Joel B. Robbins<br>Robbins & Curtin, PLLC<br>301 E. Bethan Home Rd., Suite B-100<br>Phoenix, AZ  85012<br>ATTORNEY FOR XCENTRIC<br>AND MAGEDSON |
| Angela L. Campbell<br>Dickey & Campbell Law Firm, P.L.C.<br>301 E. Walnut Street, Suite 1<br>Des Moines, IA  50309<br>ATTORNEY FOR XCENTRIC<br>AND MAGEDSON | Maria Crimi Speth<br>Jaburg & Wilk, P.C.<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012<br>ATTORNEY FOR XCENTRIC<br>AND MAGEDSON |

                                                        <u>/S/ Robert Livingston</u>