UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **XCENTRIC VENTURES, LLC**, an Arizona limited liability company; and **ED MAGEDSON**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**BEN SMITH**, in his individual capacity as Sac County Attorney,<br><br>Defendant. | No. 15-CV-4008-DEO<br><br>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING QUALIFIED IMMUNITY |

Plaintiffs Xcentric Ventures, LLC and Ed Magedson submit this Motion for Partial Summary Judgment Regarding Qualified Immunity pursuant to Fed. R. Civ. Pro. 56. Plaintiffs move the Court to determine that, as a matter of law, Defendant Smith is not entitled to qualified immunity and his affirmative defense asserting qualified immunity be dismissed. The grounds for this motion are:

1. Smith violated Plaintiffs' constitutional rights;

2. The rights were clearly established

This Motion is supported by the attached brief in support and the attached statement of facts.

| | |
|---|---|
| Joel B. Robbins*<br>Lead Counsel for Plaintiffs<br>Robbins & Curtin, PLLC<br>301 East Bethany Home Road<br>Suite B-100<br>Phoenix, Arizona 85012 | Angela L. Campbell AT# 0009086<br>Local Counsel for Plaintiffs<br>DICKEY & CAMPBELL LAW FIRM, P.L.C.<br>301 East Walnut Street<br>Suite 1 |

1

10297-10297-00101\MCS\MCS\2372273.1

Case 5:15-cv-04008-LTS   Document 115   Filed 01/13/17   Page 1 of 2

Phone: 602-285-0100
Fax: 602-265-0267
E-mail: joel@robbinsandcurtin.com
*Admitted pro hac vice

Des Moines, Iowa 50309
Phone: 515-288-5008
Fax: 515-288-5010
E-mail: angela@dickeycampbell.com

/s/Maria Crimi Speth
Maria Crimi Speth*
Lead Counsel for Plaintiffs
Jaburg & Wilk, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Phone: 602-248-1089
Fax: 602-248-0522
E-mail: mcs@jaburgwilk.com
*Admitted pro hac vice

CERTIFICATE OF SERVICE
I hereby certify that on January 13, 2017, I electronically filed this document with the Clerk of the Court using the ECF system which will serve it on the appropriate parties.

/s/Maria Crimi Speth