| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR AOL INC. ACCOUNTS FOR WESTERNED@AOL.COM, ▮▮▮▮▮ | SEARCH WARRANT: AOL INC. |
|---|---|

To: AOL INC.

To the extent that the following is within the possession, custody, or control of AOL Inc., AOL Inc. is HEREBY ORDERED to immediately disclose the following information to the Sac County Attorney's Office for each account or identifier listed in Attachment A, a copy of which is attached hereto or provided herewith:

To the extent that the information described below is within the possession, custody, or control of AOL Inc., AOL Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A: The complete contents of ANY and ALL e-mail messages, including any attachments thereto, accessible in anyway to AOL Inc. Inc. that were sent, received, stored, and / or created by / for **WESTERNED@AOL.COM** (FROM DECEMBER 1, 2011, TO DATE AOL RECEIVED THIS WARRANT) and ▮▮▮▮▮ (FROM JULY 1, 2011, TO THE DATE AOL RECEIVED THIS WARRANT) including the IP address of the computer(s) used to send and / or receive said e-mail messages, from between and including the dates designated above.

AOL Inc. is FURTHER ORDERED to furnish the information described above to the Sac County Attorney or his designee at 100 NW State Street, Suite 9, Sac City, Iowa 50583. IN LIEU OF PERSONAL APPEARANCE at the Sac County Attorney's Office the records / documentation may be mailed to the Sac County Attorney's Office at the at the physical address noted above or e-mailed to ATTORNEY@SACCOUNTY.ORG

The Court FINDS disclosure or notification of the existence of this Order / Search Warrant would seriously jeopardize the ongoing investigation and would give the subscriber an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee or continue his flight from prosecution.

131

Therefore, notwithstanding the notice provisions of 18 U.S.C. § 2705(b), AOL Inc. is FURTHER ORDERED NOT TO NOTIFY OR DISCLOSE to anyone, including the customer / subscriber to which the materials relate, the existence of this search warrant for such period as the Court deems appropriate.

ORDERED and DATED July 1st, 2014.

_____
MAGISTRATE / JUDGE

IN THE IOWA DISTRICT COURT IN AND FOR SAC COUNTY

(Magistrate Division)

| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR AOL INC. ACCOUNTS FOR WESTERNED@AOL.COM, ▮ | SEARCH WARRANT: SAC COUNTY ATTORNEY BEN SMITH AND / OR ANY PEACE OFFICER IN THE STATE OF IOWA |
|---|---|

To: SCA BEN SMITH AND OR ANY PEACE OFFICER IN THE STATE OF IOWA

Upon receiving from AOL Inc. any of the items / information described above, you are HEREBY ORDERED to make immediate search of any such information that constitutes fruits, evidence and instrumentalities of violations of the statutes listed on the warrant involving the information of each account or identifier listed on Attachment A, pertaining to the individuals and crimes referenced in the Affidavit to the Search Warrant Application, and to seize the same if found, to prepare a written inventory of the property / information seized and to return this warrant together with the written inventory and the seized property / information before me shortly after receiving the same from AOL INC., to be sealed pursuant to the accompanying order sealing search warrant records:

Any and all communications to or from the individuals identified in the affidavit, which are specifically identified in the Affidavit and / or that concern or relate to the crimes alleged in the Affidavit. The facts and contents of the Affidavit to the Search Warrant are incorporated herein by reference.

IT IS FURTHER ORDERED that the content of messages / items provided by AOL Inc. pursuant to Section I of Attachment B that are not seized pursuant to Section II of the same, SHALL BE KEPT CONFIDENTIAL and the Sac County Attorney's Office SHALL DESTROY copies of those items not relevant / seized pursuant to Section II of Attachment B, and make a sworn return of the same to this Court to be filed along with the written inventory and seizure return described in the paragraph above.

ORDERED and DATED June 1st, 2014.

_____
MAGISTRATE / JUDGE

133

IN THE IOWA DISTRICT COURT IN AND FOR SAC COUNTY

(Magistrate Division)

| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR AOL INC. ACCOUNTS FOR WESTERNED@AOL.COM, ▉ | ENDORSEMENT ON SEARCH WARRANT APPLICATION |
|---|---|

This matter came before the Court on the government's search warrant application. In issuing the search warrant, the undersigned relied upon the sworn testimony of Sac County Attorney Ben Smith, together with the statements and information contained in the application and any attachments thereto, and finds such information demonstrates probable cause, and therefore, I do issue the warrant.

1:01 pm / 7/1/14
TIME / DATE

_____
MAGISTRATE / JUDGE

130