

## IN THE IOWA DISTRICT COURT IN AND FOR SAC COUNTY

| IN THE MATTER OF A CRIMINAL INVESTIGATION | COUNTY ATTORNEY SUBPOENA DUCES TECUM |
|---|---|

To: **BANK OF AMERICA**

Pursuant to a criminal investigation being conducted by the Sac County Attorney's Office, upon receipt of this subpoena, you are directed to furnish to the Sac County Attorney or his designee at 100 NW State Street, Suite 9, Sac City, Iowa 50583, on or before 1200 (CST) on **MAY 30, 2014**, certain information now in your possession, custody or control and/or reasonably available to you, to-wit: the information described in Attachment "A" attached hereto.

IN LIEU OF PERSONAL APPEARANCE at the Sac County Attorney's Office the records / documentation may be mailed to the Sac County Attorney's Office at the above-address or e-mailed to ATTORNEY@SACCOUNTY.ORG

**YOU SHALL KEEP THIS REQUEST CONFIDENTIAL, AS SUCH DISCLOSURE COULD INTERFERE WITH ENFORCEMENT OF THE LAW.**

HEREOF FAIL NOT AT YOUR PERIL.



## STATE OF IOWA JUDICIARY

Case No. IFIF000332
County Sac

Case Title CO ATTY SUBPOENA, BANK OF AMERICA RE: DARREN MEADE

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (641) 421-0990 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued 05/06/2014 01:41:22 PM



Clerk of Court of Sac    County
/s/ Donna Geery



IN THE IOWA DISTRICT COURT IN AND FOR SAC COUNTY

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL INVESTIGATION | ORDER FOR COUNTY ATTORNEY SUBPOENA DUCES TECUM TO ISSUE |

This matter came before the Court on the County Attorney's Application for a County Attorney Investigatory Subpoena pursuant to Iowa Rule 2.5(6). The Court, upon reviewing the record and otherwise being advised in the premises, FINDS the information requested is relevant, necessary, and essential for the Sac County Attorney to fully conduct his criminal investigation and that said application should be granted.

IT IS THEREFORE ORDERED that the Clerk of the Court shall issue, forthwith, a County Attorney Subpoenas Duces Tecum, compelling BANK OF AMERICA to produce the information described in Attachment "A" on or before 1200 HOURS CST, on MAY 30, 2014.

IT IS FURTHER ORDERED that notwithstanding the language of Iowa Rule of Criminal Procedure 2.5(6), a copy of this order may be served along with the subpoena and its attachments if any.

IT IS FURTHER ORDERED the information gathered under said subpoena shall be kept confidential and no further dissemination of said information shall be permitted until further ordered of this Court.







**State of Iowa Courts**

Type: ORDER APPROVING SUBPOENA

Case Number    Case Title
               In the Matter of a Criminal Investigation

So Ordered

Thomas J. Bice, District Court Judge,
Second Judicial District of Iowa

Electronically signed on 2014-05-06 13:35:54    page 2 of 2



BENJAMIN SMITH
COUNTY ATTORNEY

NORMA HECHT
PARALEGAL

MAY 20 2014



UPS

ADDRESS REPLY TO:
100 NW STATE ST, SUITE 9
SAC CITY, IA 50583
TELEPHONE: (712) 662-4791
FACSIMILE: (712) 662-4123
EMAIL: attorney@saccounty.org

SubLW 12:00

May 6, 2014

**COVER SHEET AND ENCLOSURES FOR** Bank of America, Law Enforcement Subpoena Compliance, Mail Code CA9-705-19, 1000 West Temple St, 5th Floor, Los Angeles, CA 90012 213-580-0701 Fax: 415-796-5924 / 415-796-1145

SUBJECT: Service on Bank of America of Court Order and Subpoena Duces Tecum for Sac County District Court Case No. IFIF000332

To: Bank of America

Attn: Subpoena Compliance Unit / Records Custodian

Message:

Please do not hesitate to contact me if you have any questions or concerns regarding the attached documents.

Page 17 of 36



| IN THE MATTER OF A CRIMINAL INVESTIGATION | COUNTY ATTORNEY SUBPOENA DUCES TECUM: ATTACHMENT "A" |
|---|---|

## REQUESTED INFORMATION

Please produce the following information described below, wherever located, that is in the possession or custody of the servants, employees, attorneys, or representatives of **BANK OF AMERICA** for information for the following bank accounts:

All BANK OF AMERICA accounts belonging to / in the name **XCENTRIC VENTURES / RIPOFF REPORT**, including, BUT NOT LIMITED TO the account identified in Exhibit 1, which is attached hereto.

All BANK OF AMERICA accounts belonging to / in the name **DUCK BITES HOLDINGS, LLC.**

All BANK OF AMERICA accounts belonging to / in the name **DESERT PROPERTIES, LLC.**

All BANK OF AMERICA accounts belonging to / in the name **MARTIN & SYLVIA MADGESON TRUST**

All BANK OF AMERICA accounts belonging to / in the name **UNKEL ASSETS INVESTMENTS, LLC.**

The term "information" shall include the following documents, records, and other items for **ALL** accounts at BANK OF AMERICA for XCENTRIC VENTURES / RIPOFF REPORT created, received, and / or obtained by BANK OF AMERICA from between and including **JANUARY 1, 2011** and **THE DATE ON WHICH BANK OF AMERICA RECEIVED THIS SUBPOENA**: account / bank statements, signature cards, bank statements, transactional histories copies / images (front and back / endorsement) of **ALL** canceled checks, debit and credit memos, deposit tickets / slips, and deposited items. The term "information" shall also include all documents, records, and other items identifying the account owner(s) and / or all persons authorized on the account(s).

NOTE: If you find this language herein descriptively deficient in any way, your are to use your best judgment to discern the intent of law enforcement and preserve



DEF RFP 005293

what has been requested. Additionally, if you require any clarifying language, an extension for compliance or have any other questions or concerns regarding this subpoena, contact Sac County Attorney Ben Smith at (712) 662-4791.

**END ATTACHMENT "A"**