| | | |
|---|---|---|
| **XCENTRIC VENTURES, LLC**, an Arizona limited liability company; and **ED MAGEDSON**, an individual, | : : : : | No. 15-CV-4008-DEO |
| Plaintiffs, | : : : | **PLAINTIFFS' MOTION FOR ALTERNATE SERVICE OF DEPOSITION SUBPOENA ON NON-PARTY JOHN BREWINGTON** |
| vs. | : : | |
| **BEN SMITH**, in his individual capacity as Sac County Attorney, | : : : | |
| Defendant. | : | |

Pursuant to Rule 45(b)(1), Fed. R. Civ. P., Plaintiffs Xcentric Ventures, LLC ("Xcentric") and Ed Magedson hereby request that this Court enter an Order allowing alternate service of their Subpoena Duces Tecum by electronic mail, regular mail, and through his attorney because extensive efforts to serve Non-Party John Brewington ("Brewington") by the standard method of service authorized by the Federal Rules of Civil Procedure have failed. Brewington is intentionally evading service. This Motion is supported by the following Memorandum of Points and Authorities, a Declaration of Attorney Joel Robbins, a Declaration of Private Investigator Pamela Williams-Wallace, and by all the pleadings and matters of record, all of which are incorporated herein by this reference.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.      John Brewington Is An Important Witness In this Case**

John Brewington John Brewington ("Brewington") is an Arizona private investigator, and convicted felon. He has a long history of animosity toward the Ripoff Report website. Brewington has a personal blog which he has devoted to negative criticism about the Ripoff Report. Using his blog, emails and social media, Brewington has made many public statements menacing or harassing Xcentric Ventures's employees, attorneys, agents and service providers. Brewington regularly incites others to harm Xcentric Ventures by litigation and other methods. For example, in 2013, the Arizona Court of Appeals found that there was evidence that Brewington had assisted notorious spammer William Stanley (who has since been convicted of extortion and is serving time in federal prison) in a campaign to harass the service providers of Xcentric Ventures and threaten those companies in an effort to induce them to discontinue providing services to the Ripoff Report website. Xcentric Ventures, LLC, et al. v. John F. Brewington, et al., Arizona Court of Appeals, No. 1 CA-CV 11-0042, Memorandum Decision dated December 22, 2011.

Brewington's website front page boasts that he is "arguably the foremost expert on the Ripoff Report and its owner Magedson. So much so that a rip the lid off book 'Social Waterboarding' is in the works. Do you think you have a lawsuit against Ripoff Report…. before you pay an attorney a great deal of money to lose a case for you, I'm the guy you need to speak to."

Defendant Smith released Xcentric Ventures' banking records and private emails directly to Brewington, including emails clearly protected by attorney client privilege. While Smith has admitted to doing this, the circumstances and extent of the relationship between Brewington and

2

Smith remains unclear. Also, while Plaintiffs have evidence that Brewington released information contained in Xcentric's records on social media, we do not know who he provided the actual records to, and whether he still has the actual records.

## II.     Plaintiffs have made extensive efforts to locate and serve Brewington, but he is avoiding service.

Plaintiffs have expended significant time and money trying to locate Brewington for the purpose of effecting service of the subpoena at issue. Plaintiffs even hired an investigator to find him. But Brewington is a private investigator himself and has taken steps to ensure he cannot be found or served.

Plaintiffs attempted to serve Brewington at the addresses listed in public records and on public-facing media (*i.e.*, websites and social media). Every lead the investigator followed led only to a string of fake addresses and post office boxes across the state. Brewington has posted on social media and sent mocking emails (from his email address **paladin@paladinpi.com**, which is also listed on his website), taunting that he cannot be found. Brewington's communications demonstrate his working knowledge of process-service rules; and while he indicates a willingness to comply, he then flaunts that he cannot be found and that he will not agree to service through his attorney. *See* Declaration of Attorney Joel Robbins dated January 9, 2017, attached hereto as **Exhibit 1**.

In an email exchange between Defendant Smith and Brewington from June 2014, obtained through discovery in this matter, Brewington states "I purchased a place in Mexico and starting July 1st will be spending most of my time there" so it "[s]hould be even more difficult for anyone to get what I don't want them to have." *Id.*

3

Plaintiffs submitted a public records request to the Arizona Department of Public Safety, which oversees private investigator licenses, and obtained Brewington's address of record. Plaintiffs' private investigator went to the home to effect service. The mat at the front door said "Welcome Bowersox." When no one answered the door, the investigator spoke with a neighbor, who told the investigator she did not recognize Brewington's name or his picture. The neighbor stated that Greg and Maryann Bowersox reside at the address. She brought out an address book and showed the investigator an address label she had received on a previous Christmas card. The investigator researched the Maricopa County Assessor's database, which indicated the property belongs to an Alan and Nancy Ward, who have held title to the property since 1996. A Declaration of Private Investigator Pamela Williams-Wallace dated January 9, 2017 is attached as **Exhibit 2**.

One of Brewington's addresses is a post office box at a UPS Store in Chandler, Arizona, specifically, **4939 W. Ray Road, Box 4115, Chandler, AZ 85226**. The same address is listed on Brewington's company Twitter and Facebook accounts. *See* Exhibit 1. Plaintiffs' investigator asked the UPS Store proprietor about Brewington and the box number. The proprietor stated that the box number was still active. He said he knew who Brewington was and that Brewington comes in every two-to-three months to collect his mail. *See* Exhibit 2.

Plaintiffs' counsel has sent the subpoena to Mr. Brewington by regular mail and email, asking if he would accept service or provide a location where he can be served. The requests have gone ignored. *See* Exhibit 1.

In April 2016, Plaintiffs' counsel received an email from an attorney purporting to represent Brewington—Chris Ingle with Ingle Law Firm at **2942 N. 24th St., Ste 114, Phoenix, AZ 85016**. The email demanded that no further efforts to communicate with Brewington should

4

be made and stated Brewington would not accept service through the attorney. The attorney stated Brewington would resist attempts to subpoena him on grounds it is "unnecessary" and "harassment." In the subsequent email exchange, the attorney indicated Brewington would not allow him to release his location. *See* Exhibit 1.

### III. The Court should allow service on Mr. Brewington by email, regular mail to his post office box, and through his attorney.

#### A. The Federal Rules of Civil Procedure allow such alternate service.

Rule 45(b)(1), Fed. R. Civ. P., provides that service of a subpoena requires "delivering a copy to the named person." Courts have held that the plain language of this rule authorizes a court to allow service of a subpoena on a non-party by alternate service. *See, e.g.*, *Ott v. City of Milwaukee*, 682 F.3d 552, 557 (7th Cir. 2012) (evaluating Rule 45 and finding that the court may authorize alternate service); *E.A. Renfroe & Co., Inc. v. Moran*, CIV.A. 08-CV-00733RE, 2008 WL 1806200, at *4 (D. Colo. Apr. 21, 2008) (finding that the term "delivering" in Rule 45(b)(1) "neither strictly requires in-hand service nor prohibits alternative means of service"); *Cartier v. Geneve Collections, Inc.*, CV 2007-0201 DLI MDG, 2008 WL 552855, at *1 (E.D.N.Y. Feb. 27, 2008) (finding that "'delivery' under Rule 45 means a manner of service reasonably designed to ensure actual receipt of a subpoena by a witness, rather than personal service"); *Ice Corp. v. Hamilton Sundstrand Corp.*, 05-4135-JAR, 2007 WL 1364984, at *3 (D. Kan. May 9, 2007) (finding in-hand service not necessarily required; alternate means of service acceptable so long as subpoena is "delivered"); *King v. Crown Plastering Corp.*, 170 F.R.D. 355, 366 (E.D.N.Y. 1997) ("[T]he court sees no reason for requiring in hand delivery for subpoenas served under Rule 45 so long as service is made in a manner that reasonably insures actual receipt of the subpoena by the witness."); *Doe v. Hersemann*, 155 F.R.D. 630, 630-31 (N.D. Ind. 1994)

5

(authorizing alternate service based on the plain language of Rule 45(b)(1)); *Franklin v. State Farm Fire and Cas. Co*., 2009 WL 3152993, *2 (E.D. Mich. 2009) (court granted defendant's motion for alternate service because methods proposed would "reasonably insure actual receipt of the deposition subpoena").

Courts have held that alternate service of subpoenas is appropriate where service has failed despite the party's diligent attempts to serve the non-party. *See, e.g.*, *Cadlerock Joint Venture, L.P. v. Adon Fruits & Vegetables Inc.*, 09-CV-2507 RRM RER, 2010 WL 2346283, at *4 (E.D.N.Y. Apr. 21, 2010) *report and recommendation adopted*, 09-CV-2507 RRM RER, 2010 WL 2346276 (E.D.N.Y. June 8, 2010) (district court held that alternate method of service of subpoena could be effectuated as long as personal service already had been diligently attempted); *Aristocrat Leisure Ltd. v. Deutsche Bank Trust Co. Americas*, 262 F.R.D. 293, 304 (S.D.N.Y. 2009) (party attempted personal service of subpoena several times, so substitute service was appropriate). This Court has previously recognized service by email as an acceptable alternative to in-hand service, when necessary. *See Fraserside IP LLC v. Letyagin*, 280 F.R.D. 630, 631 (N.D. Iowa 2012).

Here, as detailed above, Brewington is aware that Plaintiffs are attempting to serve him. Plaintiffs have made diligent efforts to effect service but have failed. Brewington continues to evade service. Thus, alternate service is appropriate.

Brewington's email address (**paladin@paladinpi.com**) is an inherently reliable method of reaching him to provide actual notice of the subpoena. Plaintiffs' counsel has received email from Brewington at the email address. Exhibit 1. The email address is listed on his website. *Id*. The attorney purporting to represent Brewington has acknowledged that Plaintiffs' counsel's

6

communications have reached Brewington by demanding they not contact him again—and indicating he would resist the subpoena on grounds it is "unnecessary" and "harassment." *Id.*

The UPS Store post office box at **4939 W. Ray Road, Box 4115, Chandler, AZ 85226** is another reliable method of reaching Brewington. His company social media accounts list the address. *Id*. As indicated, the proprietor at the UPS Store stated that he knew who Brewington was and that he comes in every two-to-three months to collect his mail. Exhibit 2.

Brewington's attorney, Chris Ingle with Ingle Law Firm at **2942 N. 24th St., Ste 114, Phoenix, AZ 85016**, also provides an inherently reliable method of reaching Brewington. Mr. Ingle contacted Plaintiffs' counsel and asked him, "[p]lease do not contact Mr. Brewington *again*." Exhibit 1 (emphasis added). Thus, Mr. Brewington has received communications from Plaintiffs. And, as Brewington is in communication with his attorney, Mr. Ingle could properly relay the subpoena.

Plaintiffs have expended substantial time, effort, and money to serve Brewington. Brewington clearly has notice of the subpoena. He has done everything in his power to avoid service. An order authorizing all three methods of alternate service (by mail, email, and through his attorney) would provide Brewington adequate notice while ensuring full and fair discovery in this Court. If Brewington desires to challenge the Court's authority on grounds the subpoena is "unnecessary" and "harassment," he should appear and lodge his objections with the Court. His continued efforts to evade service justify an order authorizing alternate service.

/ / /

/ / /

/ / /

7

## IV. CONCLUSION

Due to the foregoing, Plaintiffs respectfully request that the Court allow Plaintiffs to serve their Subpoena Duces Tecum on Non-Party John Brewington by First Class mail to **4939 W. Ray Road, Box 4115, Chandler, AZ 85226**, by electronic mail to **paladin@paladinpi.com**, and by personal service on Brewington's attorney, Chris Ingle, at Ingle Law firm, **2942 N. 24th St., Ste 114, Phoenix, AZ 85016**.

Joel B. Robbins*
Lead Counsel for Plaintiffs
Robbins & Curtin, PLLC
301 East Bethany Home Road
Suite B-100
Phoenix, Arizona 85012
Phone: 602-285-0100
Fax: 602-265-0267
E-mail: joel@robbinsandcurtin.com
*Admitted pro hac vice

Angela L. Campbell AT# 0009086
Local Counsel for Plaintiffs
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 East Walnut Street
Suite 1
Des Moines, Iowa 50309
Phone: 515-288-5008
Fax: 515-288-5010
E-mail: angela@dickeycampbell.com

/s/ Maria Crimi Speth
Maria Crimi Speth*
Lead Counsel for Plaintiffs
Jaburg & Wilk, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Phone: 602-248-1089
Fax: 602-248-0522
E-mail: mcs@jaburgwilk.com
*Admitted pro hac vice

CERTIFICATE OF SERVICE
I hereby certify that on January 13, 2017, I electronically filed this document with the Clerk of the Court using the ECF system which will serve it on the appropriate parties.


/s/ Maria Crimi Speth

8

# **EXHIBIT 1**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| **XCENTRIC VENTURES, LLC**, an Arizona limited liability company; and **ED MAGEDSON**, an individual, | : : : : : | No. 15-CV-4008-DEO |
| Plaintiffs, | : : | **DECLARATION OF JOEL ROBBINS** |
| vs. | : : : | |
| **BEN SMITH**, in his individual capacity as Sac County Attorney, | : : : | |
| Defendant. | : : | |

I, Joel Robbins, hereby declare as follows:

1.     I am over 18 years of age, have personal knowledge of all matters stated herein, and am in all respects competent to make this declaration.

2.     I am an attorney of record for Plaintiffs Xcentric Ventures, LLC and Ed Magedson in the above-captioned matter, and I make this declaration in support of Plaintiffs' Motion for Alternate Service on Non-Party John Brewington.

3.     Through myself and co-counsel, Plaintiffs have attempted to serve a subpoena duces tecum on Mr. Brewington, who played a significant role in assisting Defendant in the complained-of conduct.

4.     All efforts to find and serve Mr. Brewington have been unsuccessful.

5.     In an email exchange between Defendant and Mr. Brewington, obtained through discovery in this matter, Brewington expresses that he has purchased a place in Mexico where he will be spending most of his time so he cannot be found. A true and correct copy of the email

1

exchange as produced by Defendant is attached as **Exhibit A**.

6.     Plaintiffs attempted to serve Mr. Brewington at several addresses listed for him in public records to no avail.

7.     Plaintiffs hired a private investigator to try to find Mr. Brewington to no avail.

8.     Mr. Brewington has posted on various social media websites mocking Plaintiffs' unfulfilled efforts to find and serve him. Screenshots of social media websites as they appeared on the date I accessed them are attached as **Exhibit B**.

9.     Mr. Brewington's private investigation company, Paladin PI, maintains a website at paladinpi.com. The website displays an email contact address of paladin@paladinpi.com. A true and correct copy of a screenshot of the Contact Us page of the Paladin website as it appeared on the day I accessed it is attached as **Exhibit C**.

10.     The Twitter and Facebook accounts for Paladin PI display a mailing address of 4939 W. Ray Road, Box 4115, Chandler, AZ 85226. A true and correct copy of screenshots of the social media accounts as they appeared on the day I accessed them is attached as **Exhibit D**. Plaintiffs have sent the subpoena by regular mail to this address (among others), requesting that Brewington accept service or provide a location where he can be served. The requests have gone ignored.

11.     I have personally interacted with Mr. Brewington by his email address at paladin@paladinpi.com, wherein he has taunted our inability to find him. A true and correct copy of an email interaction between myself and Mr. Brewington is attached as **Exhibit E**.

12.     Plaintiffs sent the subpoenas by email to paladin@paladinpi.com, requesting that Brewington accept service or provide a location where he can be served. The requests have gone ignored.

13.     I received an email from Attorney Christopher Ingle, purporting to be Mr. Brewington's lawyer, demanding that Plaintiffs cease all further efforts to contact Mr. Brewington, and refusing to accept service on behalf of Mr. Brewington. A true and correct copy of the email exchange with Attorney Ingle is attached as **Exhibit F**.

14.     Despite best efforts and significant expense, we have been unable to locate and serve Mr. Brewington.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of January, 2017

*/s/ Joel Robbins*
Joel Robbins

10297-10297-00101\AKH\AKH\2329930.1

# EXHIBIT A

Thanks for looking at these bank records. I know you will bring a wealth of knowledge to my case.

On Jun 10, 2014, at 3:28 PM, Brewington, John <paladin@paladinpi.com> wrote:

> For me too. I put a GPS tracker on a car last night only to discover the battery was dead. Had to go back out and pull it off and recharge it. I usually take great pains to make sure all is ready to go but got goofy. I'm tired too.
>
> Anywho I think we are on the same page. I keep mum, don't download etc. I purchased a place in Mexico and starting July 1st will be spending most of my time there. Should be even more difficult for anyone to get what I don't want them to have.
>
> On Tue, Jun 10, 2014 at 1:24 PM, Benjamin John Smith <attorney@saccounty.org> wrote:
> > I mean to say "not unbiased".... it's been a long day
> >
> >
> > On Jun 10, 2014, at 3:22 PM, Brewington, John <paladin@paladinpi.com> wrote:
> >
> > > I thought I said I was not unbiased but in any case it would not serve justice or the people to screw things up by asserting my own agenda.
> > >
> > > Since I would haveto rely on Boxbox how would you like to receive the findings? Excel?
> > >
> > > On Jun 10, 2014 1:14 PM, "Brewington, John" <paladin@paladinpi.com> wrote:
> > >
> > > > Fair enough. Send them. Hopefully some sort of justice will come from this. I never fit the facts to match the case. Evidence is what it is, its for the courts to decide.
> > > >
> > > > On Jun 10, 2014 1:11 PM, "Benjamin John Smith" <attorney@saccounty.org> wrote:
> > > > > I don't' know how to answer that. The records I am asking for you to review cannot be downloaded. There could be a time when the information is made public record. I cannot say with any degree of certainty. I was hesitant in asking you to look through the records for this very reason. I know you said you are not biased, but I don't know anyone who isn't biased when it comes to ROR (except Magedson and few others).
> > > > >
> > > > > On Jun 10, 2014, at 2:18 PM, Brewington, John <paladin@paladinpi.com> wrote:
> > > > >
> > > > > > Will there be a day any of these documents will be made available to those of us that will wish to pursue a civil claim?
> > > > > >
> > > > > > On Tue, Jun 10, 2014 at 10:50 AM, Brewington, John <paladin@paladinpi.com> wrote:
> > > > > > > franklyn@nym.hush.com
> > > > > > >
> > > > > > > On Tue, Jun 10, 2014 at 10:33 AM, Ben Smith <attorney@saccounty.org> wrote:
> > > > > > > > What email can I use to send you a link to Dropbox folder containing xcentric bank records?

15cv04008DFO

DEF RFP 005833

Sent from my iPhone

On Jun 10, 2014, at 12:41 AM, "Brewington, John"
<paladin@paladinpi.com> wrote:

> Stupid auto correct.  Jeno Berta is a friend of mine who is a
> lawyer up in Iowa and national guard JAG.  Not sure if you
> guys were in the same unit.
>
> So far as litigating against Xcentric I am not involved in any
> cases aside from providing unsolicited assistance to
> opposing counsel which I do because I know neither
> Magedson nor his attorney will properly disclose.
>
> That said counselor I have to say I have been sorely
> disappointed in the malaise of law enforcement bringing
> these predators to justice.  I have come to believe that if it is
> to me it is up to me.  Alone.  While I have hopes that you will
> prevail in your cause I have been disappointed too many
> times.
>
> I don't want to screw up your thing and am not an unbiased
> party.  I have come to understand Magedson hired Meade as
> a reputation arsonist to post harmful and defaming material
> about me.and it is all I can do not to make him aware I that I
> know and there will be dire consequences.
>
> What you are asking I do often.  You have to decide.  If I can
> claim a helping hand when he breaths his metaphorical last
> breath I am all for it.
>
> What has to be done can't be done by one, it will take a
> village.  You need me.
>
>
> On Mon, Jun 9, 2014 at 6:20 PM, Ben Smith
> <attorney@saccounty.org> wrote:
>> I don't. Sounds like a fake name! Ha! You earlier expressed
>> interest in helping me look through the xcentric bank records.
>> Your knowledge and insight on all things ROR is invaluable. If
>> you would be willing, I would appreciate you reviewing the
>> records, but it would have to be with the understanding that
>> all the info you see has to remain confidential and you cannot
>> download the records. I don't know if you can abide by the
>> first part since you are working for a party that is litigating
>> against Xcentric. Tell me your thoughts.
>>
>> Sent from my iPhone
>>
>> On Jun 9, 2014, at 8:03 PM, "Brewington, John"
>> <paladin@paladinpi.com> wrote:
>>
>>> Do you know Keno Beets?

DEF RFP 005834

# EXHIBIT B





Home Moments Notifications Messages

Search Twitter

| TWEETS | FOLLOWING | FOLLOWERS | LIKES | LISTS |
|---|---|---|---|---|
| 91 | 9 | 411 | 1 | 4 |

Follow

## paladinpi

@paladinpi

Joined May 2015

Tweet to paladinpi

Who to follow · Refresh · View all

**Aay Jay** @Kinglife_jay

Follow

**Threat Assessment** @Was…
Followed by Beth…

Follow

**Sean Beeson Composer**

Follow

Find friends

Trends · Change

**Reno**
Trump is rushed off stage during a campaign rally in Reno

**#UFCMexico**
24.2K Tweets

**#BAMAvsLSU**

Home    Moments    Notifications    Messages

Tweets    Tweets & replies    Media

Search Twitter

In reply to Janice Duffy

**paladinpi** @paladinpi · 6m
@drjaniceduffy @ClickaNerd @mariaspeth seriously fuck them.

In reply to Janice Duffy

**paladinpi** @paladinpi · 16m
@drjaniceduffy @ClickaNerd all hat and no cattle. I don't give it much thought.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy @YouTube time to syndicate it with keywords.

**paladinpi** @paladinpi · 2h
@drjaniceduffy @YouTube I have all these assholes spammed but Sias got through. Fuck off!

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy @YouTube haven't seen this one before. Have the original.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy @SeanFewster @YouTube rum and coke listening to Etta James at last. I have no worries.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy I have a couple ambulance chasers clients. Find the money for them. They never go to trial. Bark, whine, threaten



🏠 Home    ⚡ Moments    🔔 Notifications    ✉ Messages

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy like I said....fuck off.

1

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy I have a mexico fuck off frame of mind.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy I suspect if you pay extortion money you understand the danger of being rattd out.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy rape and auto theft. Mr entrepreneur was living in a homeless shelter in Laguna Beach then took a room at a sober living

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy you can't turn around without bumping into a sexual predator. He's been drugging girls.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy Newport Beach police and Cal AG have an open case.

In reply to Janice Duffy

**paladinpi** @paladinpi · 2h
@drjaniceduffy thedirty.com/gossip/newport…



🏠 Home   ⚡ Moments   🔔 Notifications   ✉️ Messages

In reply to Janice Duffy
**paladinpi** @paladinpi · 2h
@drjaniceduffy caarrestpdfs.com/records/402259…

In reply to Janice Duffy
**paladinpi** @paladinpi · 2h
@drjaniceduffy you know Meade was arrested in april?

In reply to Bernie Sanders
**paladinpi** @paladinpi · 4h
@BernieSanders they're voting for Trump because Hillary sadly is a worst choice some had courage not to endorse either one. Not you. Retire

**paladinpi** @paladinpi · Nov 4
Jurassic Attorneys will always tell you what they fear.

**paladinpi** @paladinpi · Oct 17
Jurassic Attorneys bark more then bite. Good for laughs at least.

**paladinpi** @paladinpi · Oct 9
Hillary can't even stand up for extended time during debate.

**paladinpi** @paladinpi · Oct 9
Pence be a man...drop #trump

**paladinpi** @paladinpi · Oct 9
McCain and Flakes say no to sexual predators. #trump reinvent Republican party.

In reply to Edward Snowden
**paladinpi** @paladinpi · Oct 9
@Snowden @gofundme anyway to do this without being "listed"?

**paladinpi** @paladinpi · Oct 9
Comon...do we want a sexual predator as a president? # trump

**paladinpi** @paladinpi · Jun 9
This is what awaits you on dating sites.
m.facebook.com/story.php?stor…

**paladinpi** @paladinpi · Jun 2
Suspect in Angela Russo death says he 'made a mistake', will pray for family shar.es/1dLPUd via @abc15 a decent family and a thug.







Home Moments Notifications Messages Search Twitter

**paladinpi** @paladinpi · Apr 22
Friday and not a damned thing to worry about.

**paladinpi** @paladinpi · Apr 14
Has law enforcement violated the civil rights of defendants by using Ripoff Report to gather evidence through wiretaps and email hacking?

**paladinpi** @paladinpi · Apr 7
Do you expect me to talk Goldfinger? No I expect you to die Mr. Bond.

**paladinpi** @paladinpi · Apr 3
Sunday pm and monster is using VPN to apply Click juice to domains. Watching the predators

**paladinpi** @paladinpi · Mar 27
I'm a bad guy that goes after badder guys!

**paladinpi** @paladinpi · Mar 22

Once you profile someone they become a biology experiment. The electrodes will make the legs jumps predictably every time.

**paladinpi** @paladinpi · Mar 22
Be careful what you ask for, you may just get it then some and there's no take backs.

**paladinpi** @paladinpi · Mar 14
Mush...mush @ Cabo San Lucas, Mexico
instagram.com/p/BC8Qh1TQg6-/

**paladinpi** @paladinpi · Mar 6
I was not born with enough middle fingers to express my opinion.

**paladinpi** @paladinpi · Mar 5
The art of illusion and counter intelligence. Keep them busy chasing the tail.

In reply to Carrie Fisher
**paladinpi** @paladinpi · Mar 4
@carrieffisher I love you doll but you're making it to hard to read your love letters.

Case 5:15-cv-04008-LTS    Document 116    Filed 01/19/17    Page 23 of 42

Email or Phone      Password

Sign Up

Log In

Forgot account?

 **Reputation Arson**
December 19, 2015 ·

Ok so you're here, now what? Likely you are angry at something you think I have done. Let me help you with that misconception, not that I care how you feel, you just need to know.

In these days, there is no such thing as privacy, get over it. I know everything about you and I can see it makes you nervous. You should be nervous because you have been doing things a little voice in your head likely told you was wrong and you didn't listen.

You've been sold a bill of goods by a conman for years. He convinced you he was doing the right thing and you are part of a greater good. You have been asked to do things that you're inner voice told you was wrong. You are generally a good and decent person but got sucked in by a professional criminal who has been arrested far more times then you or me. Always an explanation, always a victim. Always other people, like you to do his dirty work.

If you listened to your inner voice and asked questions, the explanation would likely not include the reasons why your inner voice is screaming rather it is how bad I and/or others are. You have been asked to do things and then lie in sworn testimony or declarations. You should have listened to your voice because you're caught. I know what you've been doing and so does law enforcement and attorneys. The public too. You will have to answer for it and I can see you're disturbed and scared.

You work for a sexual predator and no one that you know would approve but you somehow have chosen to ignore that even in the face of facts. You work for an extortionist but have been convinced that isn't true even though your inner voice is telling you something is wrong.

You work for a terrorist and as such you are providing health, comfort and aid to the enemy and you will be treated like an enemy combatant. You are participating in activities that good and decent people like you would generally find disturbing but the economy likely caused you to need the money that comes from your activities. Maybe you still believe the crap you have been fed over the years but really just a little research will tell you what the realities are and of course, listening to your inner voice.

Here's what you need to know. I am not under investigation in spite of attempts to frame me and file false reports to law enforcement. Every two years I get fingerprinted and a criminal background check is performed to renew my private investigators license. If you feel like I am violating statute then file a complaint and I will happily provide law enforcement everything they need to understand what I am doing and why. That's not a good thing for you.

You should know I have never taken money nor had a client to investigate these matters. My inner voice was and is telling me something is wrong and something needs to be done about it.

I am now writing about these matters call it a blog or a book, it doesn't matter, you are the subject matter. I have been asked what is it I want from you? Nothing. You have nothing of value to me, I have it all already. The world needs to know you didn't listen to your inner voice which may be a cautionary tale.

You should know your boss has offered me a job and I said no. I could use the money but I won't work for a sexual predator or extortionist, but you will. A good and decent person like you will.

So after contemplating these words and if you still want to look to me for blame for what is about to happen, here is what you need to know. Even though I am not hiding, I want you to find me. When you do your life will change forever. I want you to spend hours and lots of money trying to find me. Several private investigators have tried and failed but maybe you'll do better though I doubt it. This is not going to turn out well for you and you're not prepared.

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More

Facebook © 2017

Perhaps you think maligning me publicly will have an effect? That's been
tried by the best to such an extent that it no longer has value.

Maybe you should listen to your inner voice.

**To see more from Reputation Arson on Facebook, log in or create an account.**

[ Sign Up ]   [ Log In ]

English (US) · Español · Português (Brasil)
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices  ·
Cookies · More

Facebook © 2017

# EXHIBIT C



PALADIN INVESTIGATIONS
THERE ARE NO SECRETS

(877) 290-7379

search

| HOME | SOCIAL WATERBOARDING | ABOUT US | CONTACT US | | 🔊 RSS FEED |

**2009 12.23**

## Contact Us

Category: / Tag: Contact Paladin Investigations  Add Comment

John F. Brewington PI, C.P.S.B.I.
Paladin Investigations,
World Wide Investigations
AZ PI 1551859
Phone:(623) 252-9790
E-mail: paladin@paladinpi.com

http://www.paladinpi.com

Comments are closed.

### Categories

Arizona Infidelity
Creditors Rights
Fraud
Jaburg & Wilk
Mexico Private Investigator
News and Cases
Paladin Investigations
Rip Off Report
Social Waterboarding
Social Waterboarding
Surveillance

🔊 **Wired**

Coming Innovations That Will Make
Flying Economy (Mostly) Better **January 2, 2017**
Even economy class will someday feel
a bit softer, a bit warmer, a bit faster, a bit
easier to sleep in. Mostly. The post
**Coming Innovations That Will Make
Flying Economy (Mostly) Better** appeared
first on WIRED.
*Aarian Marshall*

The 10 Movies We're Most Looking
Forward to in 2017 **January 2, 2017**
Looks like it's going to be another big

# EXHIBIT D





# EXHIBIT E

**Subject:** Re: Service
**Date:** Friday, April 1, 2016 at 10:01:36 AM Mountain Standard Time
**From:** Brewington, John
**To:** Joel Robbins
**CC:** Kristopher.Madsen@stuarttinley.com

Counselor,

Your tone and demeanor is rude and unprofessional, which is why I am compelled to have an attorney protect my interest.  I'm feeling harassed.

I have over a period of time been putting in place a business plan for providing a quality intelligence service for Latin America.  I have worked cases in Mexico for years and continue to do so now.  I was in Mexico when Ben Smith contacted me to help him understand your clients sociopathic criminal enterprises as well as that of his attorneys.  My client list is global as are my resources and eventually I will not return to Arizona and will have no need for a professional license there.  I'm not so sure I do now.

So far as testifying I am ambivalent.  At the moment, because of my location, it is over burdensome and inconvenient.  I am busy, you are just a distraction.  I don't feel I am compelled to inconvenience myself for a court in IOWA nor do I think they can force me, especially for free.  In the end, I will look to the attorneys and the courts to hash out those details.

Mr. Robbins, you are not in control and I sense that is uncomfortable to you.  Every time you communicate you tell me about yourself.  If I sit for deposition you will tell me everything you and your client are afraid of simply by asking the question, and I will exploit that.  Logically it seems unlikely I possess anything you will find helpful to your cause and in fact likely more harmful to your client.  All the while Mr. Madsen sits back and observes.

The plaintiffs action you are in is in reality a defensive position that will turn badly for you, but thats none of my business.

Once more counselor, go through formal channels to communicate with me.  I have set up the domain robbinsandcurtin.com to go to spam which is cleaned out regularly and automatically.

It is now almost time for a mint julep and I must go.

On Fri, Apr 1, 2016 at 8:37 AM, Joel Robbins <joel@robbinsandcurtin.com> wrote:

> Mr. Brewington:
>
>
> Quit talking out of both sides of your mouth.  If you want to testify, then let's pick a date for your deposition, a

location, a time, when and where you would like to be served. This malarkey about your lawyer and having 2 PIs waiting 24/7 seems to indicate that you aren't going to cooperate. Make your choice and let's get this done.

Thanks for responding.

Joel B. Robbins

Robbins & Curtin, pllc

301 E. Bethany Home Rd.

Suite B-100

Phoenix, Arizona 85012

T (602) 285-0100

joel@robbinsandcurtin.com

**From:** Brewington, John [mailto:paladin@paladinpi.com]
**Sent:** Friday, April 1, 2016 7:49 AM
**To:** Joel Robbins <joel@robbinsandcurtin.com>; Kristopher.Madsen@stuarttinley.com
**Subject:** Service

Gentlemen,

I am so keen to help in this IOWA case though have never received any notice that you are looking for anything from me.

My address was updated with the department of motor vehicles. I get mail there so it should show up in every database. DPS has an address for me. Since it seems you are ill prepared and I want to be helpful, I will give you my Arizona address, 6133 S College Ave Tempe, AZ 85283.

As I said, I am not in the US, but I hereby swear, that when I return home, I will notify you to come by and effect service upon me.  In the mean time gentlemen, on any lucky day you might find me at Luckys Cantina or Banditos in Puerto Penasco, Mexico.  And just to show how amenable I am, the first round of margaritas are on me.  Sometimes though I am in Cabo San Lucas.

In the mean time I suppose you could send PIs and process servers to the home address just to make sure.  I advise you have 2 at any given time, around the clock just to make sure.

I have asked my attorney to be prepared to file the proper paperwork when the need arrises. He likely will communicate with you in the next couple of days to inform you all communication is to go through him. He will not have authority to accept service.  You may not communicate with me in any way other than through legal counsel whom I feel obliged to bring in because of the history of Jaburg & Wilk attorneys.

I have expressed concerns about my safety and harassment of friends and family.  There will be consequences if anyone steps out of line.

In the mean time I am excited to help in every way.

John Brewington

--

John Brewington PI, C.P.S.B.I.
Paladin Investigations
602-490-0676
AZ DPS 1551860

# EXHIBIT F

**From:** Christopher Ingle [mailto:cingle@inglelawfirm.net]
**Sent:** Thursday, April 7, 2016 5:43 PM
**To:** Joel Robbins <joel@robbinsandcurtin.com>
**Cc:** Kristopher.Madsen@stuarttinley.com
**Subject:** Re: Representation of John Brewington

Hi Joel,

Unfortunately my client will not authorize me to release that information. I apologize; I don't want to be antagonistic or obstreperous, but I do have to follow the client's directions. He intends to challenge any attempts to subpoena him on the grounds that it is unnecessary and constitutes harassment. Please let me know if I can be of any other assistance.

Chris


Christopher B. Ingle
Ingle Law Firm
2942 North 24th Street, Suite 114
Phoenix, Arizona 85016
T: (602) 615-8395
F: (602) 926-2753

☐  Please consider the environment before printing this e-mail.
--------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
--------------------------------------------------------------------


On Sun, Apr 3, 2016 at 12:40 PM, Joel Robbins <joel@robbinsandcurtin.com> wrote:

Hey Chris:

Thank you for your email.  What is John Brewington's Mexican address?  I know where he drinks.  He told me the two bars he frequents by email and said he would by a drink for the process server, but the convention by which we are required to effect service through requires a home address unless John will agree to appear without an address on the subpoena.

Please let me know as soon as possible.

Joel B. Robbins
Robbins & Curtin, pllc
301 E. Bethany Home Rd.
Suite B-100
Phoenix, Arizona 85012

T  (602) 285-0100
joel@robbinsandcurtin.com


**From:** Christopher Ingle [mailto:cingle@inglelawfirm.net]
**Sent:** Saturday, April 2, 2016 11:27 PM
**To:** Joel Robbins <joel@robbinsandcurtin.com>; Kristopher.Madsen@stuarttinley.com
**Subject:** Representation of John Brewington

Gentlemen,

This law firm has been retained to represent John Brewington. Please do not contact Mr. Brewington again. Instead, please feel free to direct any further communications to me. Please be advised that I do not have authority to accept service of process on behalf of my client.

Best regards,

Chris


Christopher B. Ingle
Ingle Law Firm
2942 North 24th Street, Suite 114
Phoenix, Arizona 85016
T: (602) 615-8395
F: (602) 926-2753

☐  Please consider the environment before printing this e-mail.
---------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
---------------------------------------------------------------------

# **EXHIBIT 2**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| **XCENTRIC VENTURES, LLC**, an Arizona limited liability company; and **ED MAGEDSON**, an individual, | : : : | No. 15-CV-4008-DEO |
| Plaintiffs, | : : : | **DECLARATION OF PAMELA WILLIAMS-WALLACE** |
| vs. | : : | |
| **BEN SMITH**, in his individual capacity as Sac County Attorney, | : : : | |
| Defendant. | : | |

I, Pamela Williams-Wallace, hereby declare as follows:

1.      I am over 18 years of age, have personal knowledge of all matters stated herein, and am in all respects competent to make this declaration.

2.      I am the investigations manager for Investigative Research, Inc. ("IRI"), a private investigation firm in Phoenix, Arizona. I have more than 20 years of experience in the private investigations industry.

3.      It is common in the private investigation industry for an investigative team to send out field agents to collect information. The field agents submit reports of their findings ("field reports") and the information can then be synthesized by the primary agent overseeing the investigation. The purpose of this practice is to increase the efficiency of investigations, with specialists attending to each part of an investigation.

4.      IRI regularly maintains field reports in the course of its investigations. The reports are kept in the course of IRI's regularly conducted business activities. The reports are made

1

contemporaneously by the IRI field agent who undertook the action recorded in the report.

5.    As the investigations manager, I regularly assign specific tasks to field agents, after which I collect and maintain their field reports. I regularly rely on the field reports when evaluating the status and strategy of an investigation. I regularly rely on the field reports when synthesizing the information collected in an investigation and reporting results to clients.

6.    Plaintiffs in the above-referenced matter engaged IRI to investigate and find John Brewington of Paladin Investigations for the purpose of serving him with a subpoena.

7.    I oversaw the investigation of efforts to locate and serve a subpoena upon John Brewington (the "Brewington Investigation").

8.    We conducted extensive research in an effort to locate a current and valid residential or business address for Mr. Brewington.

9.    The field reports in Brewington Investigation reflect the following efforts and findings:

    a.    The field agents researched public records databases and online.

    b.    Mr. Brewington operates Paladin Investigations, purportedly out of Chandler, Arizona, and maintains an active private investigator license with the Arizona Department of Public Safety.

    c.    There are no vehicles currently registered with the Arizona Motor Vehicle Division to Mr. Brewington or any of three associated business name, Paladin Investigations, JFB Acquisitions, and Business Identity Group.

    d.    All of the possible addresses led to either false addresses or post office boxes across the state.

    e.    The agents visited 2 addresses that came up as possible leads.

    f.    Field agents visited Brewington's address of record with the Department of Public Safety, which oversees private investigator licenses. The mat at the front door said "Welcome Bowersox." When nobody answered, the agent spoke to a neighbor who did not recognize the name John Brewington and also did not recognize the picture of Mr. Brewington. She indicated that Greg

2



and Maryann Bowersox reside at the address and brought out an address book with an address label she had received on a previous Christmas card. The agent then researched the Maricopa County Assessor's database, which indicated the property belongs to an Alan and Nancy Ward, who have held title to the property since 1996.

g.      Another address visited by field agents, 4939 W. Ray Road, Ste. 4115, Chandler, AZ 85226, turned out to be mailbox at a UPS Store. The proprietor of the store stated the mailbox (No. 4115) was still active. When presented with Brewington's name and picture, the proprietor stated he knew who Brewington was and that Brewington comes in to collect his mail every two to three months.

10.     Despite our best efforts we were unable to locate Mr. Brewington during our investigation in 2015.

11.     Based on my professional opinion, Mr. Brewington has employed the use of various mail drops and an out of date address on the website for his business, which suggests he may be attempting to thwart efforts that might be made to locate him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9th___ day of __January__ 2017

_Pamela Williams-Wallace_
Pamela Williams-Wallace

3