# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, L.L.C., an Arizona limited liability company; and ED MAGEDSON, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BEN SMITH, in his individual capacity as Sac County Attorney,<br><br>　　　　Defendant. | No. C15-4008-LTS<br><br>**ORDER** |

The plaintiff's unresisted motion (Doc. No. 132) to place motion for order to show cause (Doc. Nos. 123 to 124-2) under seal is **granted**.

**IT IS SO ORDERED.**

**DATED** this 15th day of February, 2017.

_____
LEONARD T. STRAND
CHIEF UNITED STATES DISTRICT JUDGE