IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and ED MAGEDSON, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BEN SMITH, in his Individual Capacity as Sac County Attorney, <br><br> Defendant. | No. 15-CV-4008 <br><br> UNRESISTED MOTION TO FILE OVER LENGTH BRIEF |

COMES NOW, Defendant, Ben Smith, and pursuant to Local Rule 7(h) moves this Court for leave to file the Resistance to Plaintiffs' Motion for Order to Show Cause.

1. In Plaintiffs' Motion they raise serious claims. Defendant vehemently contests those claims.

2. Good cause exists to exceed the Court's page limitation in order to adequately set forth the law and show the Court where Plaintiffs have failed to meet their burden.

3. Counsel for Defendant has spoken with counsel for Plaintiffs and counsel for Plaintiffs has represented that Plaintiffs will not resist this Motion.

WHEREFORE, Defendant, Ben Smith, prays the Court grant leave to file the over length brief and for further relief as this Court deems just and proper.

*/s/ Robert M. Livingston*
                                    Kristopher K. Madsen  #AT0004969
                                    Robert M. Livingston  #AT0004728
                                    STUART TINLEY LAW FIRM LLP
                                    310 W. Kanesville Blvd., 2nd Floor
                                    P. O. Box 398
                                    Council Bluffs, Iowa  51502
                                    Telephone: 712.322.4033
                                    Facsimile: 712.322.6243
                                    Email: madsen.kristopher@stuarttinley.com
                                    Email: livingston.robert@stuarttinley.com
                                    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on FEBRUARY 21, 2017, the above and foregoing UNRESISTED MOTION TO FILE OVER LENGTH BRIEF was electronically filed with the Clerk of the U.S. District Court using the ECF system, service being made by ECF upon the following:

Joel B. Robbins
Robbins & Curtin, PLLC
301 E. Bethan Home Rd., Suite B-100
Phoenix, AZ  85012
ATTORNEY FOR PLAINTIFFS

| Angela L. Campbell | Maria Crimi Speth |
| --- | --- |
| Dickey & Campbell Law Firm, P.L.C. | Jaburg & Wilk, P.C. |
| 301 E. Walnut Street, Suite 1 | 3200 North Central Avenue, Suite 2000 |
| Des Moines, IA  50309 | Phoenix, AZ  85012 |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR PLAINTIFFS |

                                    */s/ Robert M. Livingston*
                                    Robert M. Livingston