# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, L.L.C., an Arizona limited liability company; and ED MAGEDSON, an individual, | |
| Plaintiffs, | No. C15-4008-LTS |
| vs. | **ORDER** |
| BEN SMITH, in his individual capacity as Sac County Attorney, | |
| Defendant. | |

The defendant's unresisted motion (Doc. No. 136) to file overlength brief is **granted**. The Clerk of Court is directed to docket the brief submitted with the motion.

**IT IS SO ORDERED.**

**DATED** this 22nd day of February, 2017.

_____
LEONARD T. STRAND
CHIEF UNITED STATES DISTRICT JUDGE