# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| **XCENTRIC VENTURES, LLC**, an Arizona limited liability company; and **ED MAGEDSON**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**BEN SMITH**, in his individual capacity as Sac County Attorney,<br><br>Defendant. | No. 15-CV-4008-DEO<br><br>**PLAINTIFFS' UNRESISTED MOTION TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE UNDER SEAL** |

Plaintiffs request permission to file its Reply Brief in Support of Motion for Order to Show Cause under seal. In support of this Motion, counsel avers:

1. The parties mutually have a concern that the filings related to this Motion will, if made public, be used by non-parties to the case in a harassing manner not consistent with the intent of the parties nor in the furtherance of justice.

2. Undersigned counsel has conferred with defense counsel and defense counsel does not object to the Reply being filed under seal.

3. Therefore, Plaintiffs request permission to file its Reply Brief in Support of Motion for Order to Show Cause under seal.

/ / /

/ / /

1

10297-10297-00101\MCS\DAG\2429933.1

Case 5:15-cv-04008-LTS   Document 139   Filed 03/01/17   Page 1 of 2

| | |
|---|---|
| Joel B. Robbins*<br>Lead Counsel for Plaintiffs<br>Robbins & Curtin, PLLC<br>301 East Bethany Home Road<br>Suite B-100<br>Phoenix, Arizona 85012<br>Phone: 602-285-0100<br>Fax: 602-265-0267<br>E-mail: joel@robbinsandcurtin.com<br>*Admitted pro hac vice | Angela L. Campbell AT# 0009086<br>Local Counsel for Plaintiffs<br>DICKEY & CAMPBELL LAW FIRM,<br>P.L.C.<br>301 East Walnut Street<br>Suite 1<br>Des Moines, Iowa 50309<br>Phone: 515-288-5008<br>Fax: 515-288-5010<br>E-mail: angela@dickeycampbell.com |
| /s/Maria Crimi Speth<br>Maria Crimi Speth*<br>Lead Counsel for Plaintiffs<br>Jaburg & Wilk, P.C.<br>3200 North Central Avenue<br>Suite 2000<br>Phoenix, Arizona 85012<br>Phone: 602-248-1089<br>Fax: 602-248-0522<br>E-mail: mcs@jaburgwilk.com<br>*Admitted pro hac vice | CERTIFICATE OF SERVICE<br>I hereby certify that on March 1, 2017, I electronically filed this document with the Clerk of the Court using the ECF system which will serve it on the appropriate parties.<br><br>/s/Debra Gower |